| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:94-42-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>03-10402 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Jose Hernandez<br>8 Carriage Hill Road<br>Amsbury, MA 01913 | DISTRICT<br><br>DISTRICT OF VERMONT | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Hon. J Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 11, 2003 | TO<br>March 10, 2007 |

**OFFENSE**

Possession with Intent to Distribute Heroin, 21 U.S.C. 841 § (b)(1)(B.)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

　　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 12/4/03 | /s/ Garvan Murtha |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Massachusetts

　　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| December 18, 2003 | /s/ William G. Young |
|---|---|
| *Effective Date* | *United States District Judge* |